# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Natural Resources Defense Council, Inc. <br><br> Petitioner, <br><br> v. <br><br> U.S. Securities and Exchange Commission, <br><br> Respondent, <br> and <br><br> District of Columbia, *et al.*, <br><br> Respondent-Intervenors | No. 24-1623 <br><br> *Consolidated with* Nos. 24-1522, 24-1624, 24-1626, 24-1627, 24-1628, 24-1631, 24-1633, 24-1634, 24-1685 |

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION FOR REVIEW UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)(2)**

Natural Resources Defense Council (NRDC), the petitioner in case number 24-1623, hereby moves to voluntarily dismiss its petition for review under Federal Rule of Appellate Procedure 42(b)(2).

The United States Securities and Exchange Commission (SEC) adopted the final rule at issue in this petition for review, "The Enhancement and Standardization of Climate-Related Disclosures for Investors" (Final Rule), on March 6, 2024. *See The Enhancement and Standardization of Climate-Related Disclosures for Investors*, Release No. 33-11275 (Mar. 6, 2024); *see also* 89 Fed.

1

Reg. 21,668 (Mar. 28, 2024). NRDC filed this petition for review on March 12, 2024. The Court granted a motion to intervene filed by a group of state attorneys general (State Respondent-Intervenors) on April 29, 2024. The opening briefs from the petitioners in these consolidated cases have not been filed and are due on June 14, 2024.

NRDC and many of its members rely on information on public companies' management of climate-related financial risks to properly invest their money. NRDC views the Final Rule as consistent with the SEC's authority and mission and as a step forward from the status quo that will improve the consistency and comparability of disclosures of climate-related financial risk. This petition for review concerned the SEC's decisions with respect to certain specific disclosures in the Final Rule. However, NRDC has decided to focus its resources on advocating for improvements to climate-related financial disclosures outside of this litigation.

Counsel for the Securities and Exchange Commission and Counsel for the State Respondent-Intervenors have consented to this voluntary dismissal, with the parties to bear their own costs.

## CONCLUSION

NRDC respectfully requests that this Court dismiss this petition under Federal Rule of Appellate Procedure 42, with the parties to bear their own costs.

Dated: May 31, 2024                   Respectfully submitted,

*/s/Thomas Zimpleman*
Thomas Zimpleman
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
Email: tzimpleman@nrdc.org

*Counsel for Natural Resources
Defense Council*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 300 words, excluding exempted parts.

Dated: May 31, 2024

*/s/Thomas Zimpleman*
Thomas Zimpleman
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
Email: tzimpleman@nrdc.org

*Counsel for Natural Resources Defense Council*

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on  May 31, 2024 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Thomas Zimpleman